IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JAMES MOSLEY,** : | |
|     Plaintiff, : | |
| : | |
| v. : | **CIVIL ACTION NO. 23-CV-4669** |
| : | |
| **WELLS FARGO** *et al* **SETTLEMENT** : | |
| **ADMINISTRATOR,** : | |
|     Defendant. : | |

## ORDER

AND NOW, this 12th day of December, 2023, upon consideration of Plaintiff James Mosley's Motion to Proceed *In Forma Pauperis* (ECF No. 1), and *pro se* Complaint (ECF No. 2) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Clerk of Court is **DIRECTED** to amend the docket of this case to reflect that there are two named Defendants: "Wells Fargo" and "Settlement Administrator."

3. The Complaint is **DEEMED** filed.

4. The Complaint is **DISMISSED IN PART WITH PREJUDICE AND IN PART WITHOUT PREJUDICE** for the reasons in the Court's Memorandum as follows:

    a. All federal law claims are **DISMISSED WITH PREJUDICE**.

    b. All state law claims are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

5. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

*/s/ Mia Perez*
**MIA R. PEREZ, J.**